### 4629. WATSON *v.* WHITEHEAD.

HILL, C. J. A plea of breach of warranty or failure of consideration does not add to, take from, or vary the contract between the parties. Therefore, in a suit on a note given for rent, containing no limitation as to warranty, parol evidence was admissible to show that the consideration of the note had failed, because the maker did not get the number of acres for which the note was given, and also that the landlord, the payee in the note, had not performed his agreement to place on the rented land certain improvements. The court erred in excluding parol testimony offered to prove this defense to the note. *Toller* v. *Hewitt,* 12 *Ga. App.* 496 (77 S. E. 650); *Baggs* v. *Funderburke,* 11 *Ga. App.* 173 (74 S. E. 937); *Burke* v. *Napier,* 106 *Ga.* 327 (32 S. E. 134); *Anderson* v. *Brown,* 72 *Ga.* 713.   *Judgment reversed.*

DECIDED MAY 1913.

Distraint; from city court of Houston county—Judge Riley. December 16, 1912.

*S. A. Nunn,* for plaintiff in error. *M. Kunz,* contra.